TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00397-CV






Appellant, Hanson Aggregates West, Inc. // Cross-Appellants, Edwin R. Ford,

Regina Ford, Clarence Cain, Connie Cain, James L. Kersey, Mary Kersey,

Brett Papell and Lynn Papell


v.


Appellees, Edwin R. Ford, Regina Ford, Clarence Cain, Connie Cain,

James L. Kersey, Mary Kersey, Brett Papell and Lynn Papell// Cross-Appellees,

Hanson Aggregates West, Inc.






FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT

NO. C2007-0056A, HONORABLE DIB WALDRIP, JUDGE PRESIDING




O R D E R


PER CURIAM


 Cross-appellants have filed Cross-appellants' Unopposed Motion to Withdraw Notice
of Cross-Appeal. We grant the motion and dismiss their cross-appeal.

 This case shall proceed under the following style: Hanson Aggregates West, Inc.
v. Edwin R. Ford, Regina Ford, Clarence Cain, Connie Cain, James L. Kersey, Mary Kersey,
Brett Papell and Lynn Papell.

 Ordered May 21, 2010.


Before Chief Justice Jones, Justices Pemberton and Waldrop